UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CARL M. GUY AND JUDITH C. GUY                                                         PLAINTIFFS

V.                                                                CIVIL ACTION NO. 1:06cv249-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                              DEFENDANT

## ORDER

In accordance with an Order entered in *Chapoton v. State Farm*, No. 1:06cv471 (attached hereto), **IT IS ORDERED**:

The [82] Order of the United States Magistrate Judge granting Defendant's [44] Motion for Protective Order is **AFFIRMED**, and the [87] Plaintiffs' Objections to Magistrate Judge's [83] Protective Order and Ruling on Motion to Compel are **DENIED** under the standard of Fed. R. Civ. P. 72(a) inasmuch as Plaintiffs have failed to establish that the Magistrate's order is clearly erroneous or contrary to law.

**SO ORDERED** this the 25th day of April, 2007.

                                                                                             s/ L. T. Senter, Jr.
                                                                                             L. T. SENTER, JR.
                                                                                             SENIOR JUDGE