**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CARL M. GUY and JUDY C. GUY**                                                          **PLAINTIFFS**

**V.**                                                          **CIVIL ACTION NO.1:06CV249 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                              **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [81] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party is **DENIED**.

**SO ORDERED** this 8th day of May, 2007.

                                            s/ L. T. Senter, Jr.
                                            L. T. SENTER, JR.
                                            SENIOR JUDGE